# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Amy C. | Supreme Court of the United States | 05/06/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice of the Supreme Court of the United States | ☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2021<br>**to**<br>12/31/2021 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street NE
Washington, DC 20543

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | University of Notre Dame Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2021 | University of Notre Dame Law School, teaching income | $14,280.00 |
| 2. | 2021 | Javelin Group LLC, book royalties | $425,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE |
|---|---|---|
| 1. | 2021 | SouthBank Legal: Ladue \| Curran \| Kuehn, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame Law School | August 19-24, 2021 | Notre Dame, IN | Law School Seminar (teaching) | Transportation, lodging |
| 2. | McConnell Center | September 12-13, 2021 | Louisville, KY | Lecture (teaching) | Transportation, lodging, meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Amy C.** | 05/06/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | Tuition Agreement | J |
| 2. | | Tuition Agreement | K |
| 3. | | College Tuition | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1.  Flagstar Cash Accounts | | None | K | T | | | | |
| 2.  Wells Fargo Cash Account | | None | K | T | Open | 08/17/21 | J | |
| 3.  Brokerage Account #1 (H) | | | | | | | | |
| 4.  -Fidelity Dividend Growth Fund | C | Dividend | L | T | | | | |
| 5.  -Fidelity Trend Fund | D | Dividend | M | T | Buy<br>(add'l) | 06/07/21 | J | |
| 6. | | | | | Buy<br>(add'l) | 07/07/21 | J | |
| 7. | | | | | Buy<br>(add'l) | 08/05/21 | J | |
| 8. | | | | | Buy<br>(add'l) | 09/08/21 | J | |
| 9. | | | | | Buy<br>(add'l) | 10/05/21 | J | |
| 10. | | | | | Buy<br>(add'l) | 11/05/21 | J | |
| 11. | | | | | Buy<br>(add'l) | 12/07/21 | J | |
| 12.  -Fidelity Money Market Fund (SPRXX) | A | Int./Div. | K | T | Sold<br>(part) | 04/19/21 | J | A |
| 13.  -Fidelity 500 Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 06/07/21 | J | |
| 14. | | | | | Buy<br>(add'l) | 07/07/21 | J | |
| 15. | | | | | Buy<br>(add'l) | 08/05/21 | J | |
| 16. | | | | | Buy<br>(add'l) | 09/08/21 | J | |
| 17. | | | | | Buy<br>(add'l) | 10/05/21 | J | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 18. | | | | | Buy (add'l) | 11/05/21 | J | |
| 19. | | | | | Buy (add'l) | 12/07/21 | J | |
| 20. -Fidelity Mid Cap Enhanced Index Fund | C | Dividend | K | T | Buy | 09/16/21 | J | |
| 21. | | | | | Buy (add'l) | 10/04/21 | J | |
| 22. | | | | | Buy (add'l) | 11/02/21 | J | |
| 23. | | | | | Buy (add'l) | 12/02/21 | J | |
| 24. -Fidelity Puritan Fund | B | Dividend | K | T | Buy | 09/16/21 | J | |
| 25. | | | | | Buy (add'l) | 10/04/21 | J | |
| 26. | | | | | Buy (add'l) | 11/02/21 | J | |
| 27. | | | | | Buy (add'l) | 12/02/21 | J | |
| 28. -Fidelity Cash Holding Account | A | Interest | O | T | | | | |
| 29. Brokerage Account #2 (H) | | | | | | | | |
| 30. -American Funds AMCAP F2 | B | Dividend | K | T | | | | |
| 31. -American Funds American Mutual Fund F2 | A | Dividend | K | T | | | | |
| 32. -Securian Brokerage Money Market Account | | None | J | T | | | | |
| 33. -Dodge & Cox Income | A | Dividend | K | T | | | | |
| 34. -iShares Core U.S. Aggregate Bond ETF | A | Dividend | K | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 35. | -iShares Floating Rate Bonds ETF | A | Dividend | J | T | | | | |
| 36. | -iShares MSCI EAFE ETF | A | Dividend | K | T | | | | |
| 37. | -iShares Russell 2000 Value ETF | A | Dividend | J | T | | | | |
| 38. | -PIMCO Enhanced Short Maturity Active ETF | A | Dividend | J | T | | | | |
| 39. | -SPDR Bloomberg Barclays High Yield Bond ETF | A | Dividend | J | T | | | | |
| 40. | -Vanguard Short-Term Bond Index Fund ETF | A | Dividend | K | T | | | | |
| 41. | -Vanguard REIT Index Fund ADM (Specialized Portfolio) | A | Dividend | K | T | | | | |
| 42. | -Vanguard Total International Bond Index Fund ETF | A | Dividend | K | T | | | | |
| 43. | -Vanguard Value Index Fund ETF | A | Dividend | K | T | | | | |
| 44. | -American Funds New Perspective Fund-F3 | B | Dividend | K | T | | | | |
| 45. | -Invesco Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | |
| 46. | -Invesco Oppenheimer International Small Company | B | Dividend | J | T | | | | |
| 47. | -Primecap Odyssey Funds Growth Fund | B | Dividend | J | T | | | | |
| 48. | -Blackrock Russell 2000 Small Cap Index - Institutional | B | Dividend | K | T | | | | |
| 49. | IRA #1 (H) | | | | | | | | |
| 50. | -American Funds New Perspective F2 | C | Dividend | L | T | Buy (add'l) | 06/11/21 | K | |
| 51. | -AMG Yacktman Fund Service Class | B | Dividend | K | T | Buy (add'l) | 06/11/21 | J | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 52. | -Securian Brokerage Money Market Account | | None | J | T | | | | |
| 53. | -Davis Global Fund Class Y | C | Dividend | K | T | Buy (add'l) | 06/11/21 | K | |
| 54. | -Dodge & Cox Income | A | Dividend | K | T | Buy (add'l) | 06/11/21 | J | |
| 55. | -Eventide Gilead Fund Class 1 | C | Dividend | K | T | Buy (add'l) | 06/11/21 | K | |
| 56. | -Invesco Oppenheimer Developing Markets Fund Class Y | A | Dividend | J | T | Buy (add'l) | 06/11/21 | J | |
| 57. | -Invesco Oppenheimer International Small Mid Company Fund Class Y | B | Dividend | K | T | Buy (add'l) | 06/11/21 | J | |
| 58. | -Neuberger Berman Real Estate Fund Institutional Class | A | Dividend | K | T | Buy (add'l) | 06/11/21 | J | |
| 59. | -PIMCO Funds Income FD P | A | Dividend | J | T | Buy (add'l) | 06/11/21 | J | |
| 60. | -Primecap Odyssey Funds Growth Fund | B | Dividend | K | T | Buy (add'l) | 06/11/21 | J | |
| 61. | -T. Rowe Price Blue Chip Growth | C | Dividend | K | T | Buy (add'l) | 06/11/21 | K | |
| 62. | -T. Rowe Price Small-Cap Value | C | Dividend | K | T | Buy (add'l) | 06/11/21 | K | |
| 63. | -Templeton Global Bond Fund-Advisor Class | A | Dividend | | | Sold | 06/11/21 | J | |
| 64. | IRA #2 (H) | | | | | | | | |
| 65. | -American Funds Capital Income Builder Class C | A | Dividend | J | T | | | | |
| 66. | -Securian Brokerage Money Market Account | | None | J | T | | | | |
| 67. | IRA #3 (H) | | | | | | | | |
| 68. | -AMG River Road Small Cap Value Fund Class 1 | A | Dividend | J | T | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Amy C.** | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 69. -Blackrock Strategic Income Opportunities | A | Dividend | J | T | | | | |
| 70. -Securian Brokerage Money Market Account | | None | J | T | | | | |
| 71. -Diamond Hill Long-Short Fund Class I | A | Dividend | J | T | | | | |
| 72. -Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | |
| 73. -DWS RREEF Real Assets Fund Class S | A | Dividend | J | T | Buy (add'l) | 11/19/21 | J | |
| 74. -Fidelity Adv International Growth | A | Dividend | J | T | | | | |
| 75. -FPA New Income Inc. | A | Dividend | J | T | | | | |
| 76. -Hotchkis and Wiley Large-Cap Value Fund Class I | A | Dividend | J | T | Sold (part) | 11/19/21 | J | A |
| 77. -Invesco Growth Ser. Inv. Conv. Sec. Fund Y | A | Dividend | J | T | | | | |
| 78. -Invesco Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | |
| 79. -JP Morgan Hedged Equity Fund Class I | A | Dividend | J | T | | | | |
| 80. -Prudential Global Real Estate Class Z | A | Dividend | J | T | Buy (add'l) | 12/16/21 | J | |
| 81. -T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | |
| 82. -JP Morgan Small Cap Growth Fund-L | A | Dividend | J | T | | | | |
| 83. -Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | | | | |
| 84. -Thrivent Mid Cap Stock Fund Class S | A | Dividend | J | T | | | | |
| 85. -Victory Trivalent International Small-Cap Fund Class Y | A | Dividend | J | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 86. 403(B) Plan (H) | | | | | | | | | |
| 87. -Vanguard Institutional Tr. 2040 | E | Dividend | P1 | T | | | | | |
| 88. 401(K) Plan #1 (H) | | | | | | | | | |
| 89. -Fidelity Low Price Stock | A | Dividend | | | Sold | 06/01/21 | M | E | |
| 90. -Vanguard Extended Market Index Fund Institutional Shares | A | Dividend | | | Sold | 06/01/21 | K | D | |
| 91. -PIMCO Total Return Institutional Class | A | Dividend | | | Sold | 06/01/21 | J | A | |
| 92. 401(K) Plan #2 (H) | | | | | | | | | |
| 93. -John Hancock Multimanager Moderate Lifestyle | | None | | | Buy | 03/25/21 | J | | |
| 94. | | | | | Sold | 04/15/21 | J | A | |
| 95. -John Hancock Multimanager Growth Lifestyle | A | Dividend | J | T | Buy | 04/15/21 | J | | |
| 96. -John Hancock Multimanager Aggressive Lifestyle | A | Dividend | J | T | Buy | 04/15/21 | J | | |
| 97. Indiana 529 Plan #1 (H) | | | | | | | | | |
| 98. -Vanguard U.S. Equity Index Portfolio | | None | K | T | Buy (add'l) | 06/09/21 | J | | |
| 99. | | | | | Distributed (part) | 07/08/21 | K | | |
| 100. | | | | | Buy (add'l) | 07/09/21 | J | | |
| 101. | | | | | Buy (add'l) | 08/09/21 | J | | |
| 102. | | | | | Buy (add'l) | 09/09/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 10/08/21 | J | | |
| 104. | | | | | Buy (add'l) | 11/09/21 | J | | |
| 105. | | | | | Distributed (part) | 12/07/21 | K | | |
| 106. | | | | | Buy (add'l) | 12/09/21 | J | | |
| 107. -Dodge & Cox International Equity Portfolio | None | J | T | | Distributed (part) | 07/08/21 | J | | |
| 108. | | | | | Distributed (part) | 12/07/21 | J | | |
| 109. -Vanguard Bond Index Portfolio | None | J | T | | Distributed (part) | 07/08/21 | J | | |
| 110. | | | | | Distributed (part) | 12/07/21 | J | | |
| 111. Louisiana 529 Plan #2 (H) | | | | | | | | | |
| 112. -Louisiana Principal Protection Fund (Y) | | | | | | | | | |
| 113. -Vanguard Institutional Total Stock Market Index, Inst. Plus (Y) | | | | | | | | | |
| 114. Indiana 529 Plan #3 (H) | | | | | | | | | |
| 115. -Vanguard U.S. Equity Index Portfolio | None | L | T | | Buy (add'l) | 06/09/21 | J | | |
| 116. | | | | | Buy (add'l) | 07/09/21 | J | | |
| 117. | | | | | Buy (add'l) | 08/09/21 | J | | |
| 118. | | | | | Buy (add'l) | 09/09/21 | J | | |
| 119. | | | | | Buy (add'l) | 10/08/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/06/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 11/09/21 | J | | |
| 121. | | | | | Buy (add'l) | 12/09/21 | J | | |
| 122. -Dodge & Cox International Equity Portfolio | | None | J | T | | | | | |
| 123. -Vanguard Bond Index Portfolio | | None | J | T | | | | | |
| 124. Virginia 529 Plan #4 (H) | | | | | | | | | |
| 125. -Vanguard Aggressive Growth Portfolio | | None | J | T | Buy | 09/16/21 | J | | |
| 126. | | | | | Buy (add'l) | 10/04/21 | J | | |
| 127. | | | | | Buy (add'l) | 11/02/21 | J | | |
| 128. | | | | | Buy (add'l) | 12/02/21 | J | | |
| 129. -Vanguard Total Stock Market Index Fund Portfolio | | None | J | T | Buy | 09/16/21 | J | | |
| 130. | | | | | Buy (add'l) | 10/04/21 | J | | |
| 131. | | | | | Buy (add'l) | 11/02/21 | J | | |
| 132. | | | | | Buy (add'l) | 12/02/21 | J | | |
| 133. ABLE Account (H) | | | | | | | | | |
| 134. -Aggressive Option | A | Int./Div. | J | T | | | | | |
| 135. Knights of Columbus Life Insurance Policy | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Amy C.** | 05/06/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 28, 32, 52, 66, and 70: The Fidelity Cash Holding Account and Securian Brokerage Money Market Accounts are holding accounts for cash in the accounts.

Lines 86, 97, 114, 124, and 133: The 403(b) account, the Indiana and Virginia 529 accounts, and the ABLE account provide the market value of the investment vehicles in the accounts.

Line 111: The value of the Louisiana 529 Plan #2 is less than $1000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amy C. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544